Thank you very much, Your Honor. Your Honor, some of what you see here is in a form of art, a piece of it. I'd like to reserve three portions for some sources. Thank you. And the key question in this case is whether Lucifer Smith, 2001, from 1040, officially transferred from Iraq, or, um, officially, um, infected by the virus, and it's transferred via, um, satellite, satel-beta-2, or, or satel-beta-2, or is it an, um, beta-2 of Sarah Smith's trial in 1753, and it's basically a 5.3, 3-part structure. I believe we're not going to discuss that at all, because, uh, you know, it's not that funny to say, in the case where a user is filed, but it is a project. There's no witness in 7543, uh, that provided for our petition. Uh, those courts, or, uh, those courts nullify, uh, the return. So, this is, uh, uh, this case is in 7543. I believe in 5.3, uh, has two files, 2008-10, 2015-2002. We have the user's petition as an official return. It's valid. We have that petition. It's not in the same file. Again, we don't have the petition. It's 5.3-A-1-H-2. So, yes. Specifically, a return may be only in the state's charge that the provision exists solely in the event of a return in the state's spouse's charge. So, the issue really, what are the two issues? So, this case is category 2 tax returns. Thank you. So, a tax is a very limited petition. It's also an issue that the court may consider, and this is how I present the issue, is either a consolidated or a substitute return, or a combination of the two. Is it a tax return? A tax return is a national file, 10-4, that's a return that the person received and values that as a bond, and a form 10-4 you send out a bond. That's a petition that exists. That's a solicitor-at-large petition that the petitioner can't do. Thank you. That's a category 3. Any other questions or comments? No. In, in, in California, I'm going to say in the sentence. So, so, the process of handling a,
judges: Farris, O'scannlain, Christen